UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHAUN NYSSE,

        Plaintiff,

v.                                        Case No. 19-C-1133

COMMISSIONER ANDREW M. SAUL,

        Defendant.

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff Shaun Nysse has filed a complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting an inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence.

Upon review of that affidavit, it appears that Nysse has $125,000 in cash, checking, savings, or other similar accounts, as well as $39,000 in other property of value. Based on this information, as well as the information reported by Nysse in his motion, he does not appear to be indigent. Rather, his motion indicates an ability to pay the full filing fee. Consequently, Nysse's motion for leave to proceed without prepayment of the filing fee (Dkt. No. 3) is **DENIED**.

Accordingly, Nysse's request to proceed *in forma pauperis* is denied and, absent additional justification regarding why those funds cannot be used to pay the filing fee, Nysse shall pay the filing fee within 21 days of the date of this order or risk dismissal. If Nysse submits additional justification within that time, the court will reconsider the request.

Dated this  9th  day of August, 2019.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
